| | | | |
|---|---|---|---|
| AUSA: | Barbara Lanning | Telephone: | (313) 226-9100 |
| Special Agent: | Kara Klupacs, ATF | Telephone: | (313) 202-3400 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

United States of America
v.
Jamil DISMUKE

Case No.

Case: 2:26−mj−30331
Assigned To : Unassigned
Assign. Date : 6/3/2026
Description: RE: JAMIL DISMUKE (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April 27, 2026_____ in the county of _____Macomb_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Kara Klupacs, Special Agent, ATF
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __June 3, 2026_____

_____
*Judge's signature*

City and state: __Detroit, MI_____

Hon. David R. Grand, United States Magistrate Judge
_____
*Printed name and title*

## **AFFIDAVIT**

I, Kara Klupacs, being duly sworn, depose and state the following:

## I.   **INTRODUCTION**

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since March 2018. I am currently assigned to the Detroit Field Division Group 1. I have graduated from the Federal Law Enforcement Training Center and ATF Special Agent Basic Training.  Prior to becoming a Special Agent, I served eight years as a federal law enforcement officer, both as a U.S. Customs and Border Protection Officer out of the Port of Detroit and as a U.S. Secret Service Uniformed Division Officer in Washington, DC. During my employment with ATF, I have conducted and/or participated in dozens of criminal investigations involving the possession and use of firearms, armed drug trafficking, and criminal street gangs, among other state and federal offenses.

2.      I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information

1

known to law enforcement related to this investigation.

3.    The ATF is currently conducting a criminal investigation concerning Jamil DISMUKE (DOB: XX/XX/1991), for violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm) on April 27, 2026.

## II.    PROBABLE CAUSE

5.    I reviewed records related to DISMUKE's criminal history and learned that on or about February 25, 2010, DISMUKE, utilizing the alias "Marvin Jamil Dismuke," was arrested and charged with Home Invasion—2nd degree in the Michigan Third Circuit Court. On March 25, 2010, DISMUKE pleaded guilty to a reduced count of felony Home Invasion—2nd degree (attempt). DISMUKE was subsequently sentenced to 9 months in the Wayne County Jail. He violated probation and was resentenced in 2011, and again in 2012.

6.    Based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony. There is probable cause to believe that DISMUKE is aware of his status as a convicted felon.

## II.    PROBABLE CAUSE

7.    On April 27, 2026, at approximately 11:22 a.m., Detroit Police officers responded to a shots fired police report at XXXXX Collingham Drive (ShotSpotter Report 318-691984).  Responding officers met with the victim who was suffering from a gunshot wound to the foot.  The victim received aid from first responders but

denied transport to the hospital.  The victim advised officers she had been outside on the sidewalk when she got into an argument with Jamil DISMUKE.  During the argument, DISMUKE produced a firearm and shot at the victim's feet, striking her once in the foot.  DISMUKE then fled the area on a bicycle.  During a canvass of the scene, officers located and recovered one spent 9mm caliber cartridge case.

8.      At approximately 4:30 p.m., Detroit Police conducting surveillance in Warren, Michigan saw DISMUKE riding a bicycle in the area of Memphis and Meadow. The officers immediately detained and arrested DISMUKE for the assault that occurred earlier in the day.  During a search of DISMUKE's person, officers recovered a Bryco Arms model Jennings Nine, 9mm caliber pistol with an obliterated serial number from DISMUKE's right front pants pocket. Officers also located a loaded 9mm caliber magazine from the right pocket of the shorts worn underneath DISMUKE's pants.

9.      I am aware that the recovered firearm is chambered in the same caliber as the spent cartridge case recovered from non-fatal shooting scene by Detroit Police earlier that same day.

10.     I am an ATF Interstate Nexus Expert and concluded that the recovered firearm was manufactured outside the State of Michigan, and is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

3

## III.    CONCLUSION

11.    Probable cause exists to believe that on April 27, 2026, Jamil DISMUKE, a convicted felon aware of his felony conviction, knowingly possessed a firearm in violation of Title 18 U.S.C. Section 922(g)(1). This violation occurred within the Eastern District of Michigan.

Respectfully submitted,

Kara Klupacs
Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable David R. Grand
United States Magistrate Judge

Dated:    June 3, 2026

4